# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**UNITED STATES OF AMERICA,**

**VS.**

**SEAN CLARK,**

**Defendant**

**NO. 5: 05-MJ-05-20 (CWH)**

```
WARRANT  FOR  ARREST
```

To:   The United States Marshal, Middle District of Georgia,
His Deputies, and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED to arrest   SEAN CLARK**
**and bring him FORTHWITH before the nearest available judicial officer to answer a(n)**

[ ] Indictment      [ ] Information      [ ] Complaint      [ ] Order of Court

[ ] Violation Notice      [✓] Probation Violation Petition

**charging him with VIOLATING CONDITIONS OF PROBATION IMPOSED UPON HIM IN THE DISTRICT OF KANSAS on March 17, 2005, all as provided in Title 18, United States Code, Section 3565 and in Rule 32.1 of the *Federal Rules of Criminal Procedure*.**

**Dated at Macon, Georgia, this 12th day of DECEMBER, 2005.**

*[Signature: Claude W. Hicks, Jr.]*

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |