# United States District Court
## Middle District of Georgia

UNITED STATES OF AMERICA

Vs.

**SEAN C. CLARK**,

Defendant

**JUDGMENT IN A CRIMINAL CASE**
(FOR REVOCATION OF PROBATION)

NO. 5: 05-MJ-05-20 (CWH)

Reza Sedghi
_____
Defendant's Attorney

The above-named defendant having this day admitted to violating CONDITIONS OF PROBATION imposed upon him in the above-captioned proceeding in the District of Kansas on March 17, 2005, jurisdiction having been subsequently transferred to the Middle District of Georgia, as alleged in the **PETITION FOR ACTION ON PROBATION** filed December 12, 2005, by U.S. Probation Officer Todd D. Garrett, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Possession and Use of Controlled Substance(s) | 04/20/05 |
|   |   | 04/27/05 |
|   |   | 05/05/05 |
|   |   | 11/23/05 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-8079

**Defendant's Date of Birth:** 1978

**Defendant's USM No.:** 14900-031

**Defendant's Residence Address:**

200 Olympia Drive
Warner Robins, GA 31093

**Defendant's Mailing Address:** Same

December 14, 2005
_____
Date of Imposition of Judgment

*[signature]*

_____
Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

December 14, 2005
_____
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined the **PETITION FOR ACTION ON PROBATION** filed December 12, 2005. The court further finds that the defendant has been given every opportunity to comply with conditions of supervision and that he has continued to violate conditions by using illegal drugs, even after being given the opportunity to participate in drug treatment and counseling. Thus, an exception to 18 U.S.C. §3563(e) is not warranted. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **THREE (3) MONTHS**. The defendant is further ORDERED AND DIRECTED to pay the balance due on the fine heretofore imposed upon him, to-wit, $195.00, as the law provides.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at_____A.M./P.M. on_____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2:00 P.M. on_____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL